# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LORRE L. LOWE AND RODNEY C.
LOWE, INDIVIDUALLY AND O/B/O
LORRE L. LOWE

VERSUS

LEON LOWE & SONS, INC., LEON
LOWE AND SONS PARTNERSHIP,
LOWE BROS., L.L.C., AND TOBY
J. LOWE

     CONSOLIDATED WITH

LORRE L. LOWE

VERSUS

TOBY J. LOWE

     CONSOLIDATED WITH

LORRE L. LOWE

VERSUS

TOBY J. LOWE, ET AL.

NO.  2025 CW 1219

PAGE 1 OF 2

**MARCH 9, 2026**

---

In Re:    Lorre Lowe, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201710915 c/w 202511340 c/w 202511342.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to include a copy of the pertinent minutes of the September 18, 2025 hearing, in violation of Rule 4-5(C) (10) of the Uniform Rules of Louisiana Courts of Appeal. In addition, the copy of the hearing transcript included in the writ application appears to be incomplete. Therefore, this court is unable to ascertain the timeliness of this application.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with this court, such application must contain all pertinent documentation, including the missing items, and documentation to show this application was timely, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before March 30, 2026, and must contain a copy of this ruling.

BDE
WEF

**Miller, J.,** dissents and would deny the writ. The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT